UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62539-MC-SINGHAL/VALLE

MATTHEW OROS, as successor trustee to
Kenneth D. Bell as court-ordered receiver for
Rex Venture Group, LLC, d/b/a
ZeekRewards.com,

    Plaintiff,

v.

DETLEF TSCHAMPKE,

    Defendant/Judgment Debtor,

v.

JP MORGAN CHASE BANK, N.A.,

    Garnishee,

v.

PNC BANK, N.A.,

    Garnishee.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon Defendant/Judgment Debtor's Claims of Exemption and Requests for a Hearing (the "Motions") (DE [9, 10]), which were referred to the magistrate judge for Report and Recommendation. The magistrate judge issued a Report and Recommendation (DE [22]) on July 11, 2022, recommending that the Motions be denied as moot. The Court has reviewed the entire file and record and

has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

 **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [22]) is **AFFIRMED** and **ADOPTED.**

2. The Clerk of Court is directed to **DISSOLVE** the Writs of Garnishment (DE [5, 6]) on JP Morgan and PNC Bank.

3. The Defendant/Judgment Debtor's Motions (DE [9, 10]) are **DENIED AS MOOT** in light of the dissolution.

 **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of July 2022.

             _____
             RAAG SINGHAL
             UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF